# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| MIRANT CORPORATION, et al., | ) | Case No. 03-46590 (DML) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF MIRANT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 04-4353 |
| | ) | |
| MIRANT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO DISMISS

The New Mirant Entities ("Mirant") and the Official Committee of Equity Security Holders of Mirant Corporation (the "Equity Committee") (collectively, the "Movants") file this Joint Motion to Dismiss, and in support thereof would show the Court as follows:

1. On November 22, 2004 the Equity Committee initiated this adversary proceeding to compel Mirant to convene a shareholder meeting.

2. On January 18, 2005, this Court entered its Order Staying Proceedings directing that this adversary proceeding, including without limitation all deadlines, hearings, and discovery, be stayed pending conclusion of a valuation hearing.

3. The valuation hearings were conducted by this Court on various days during the

months of April, May, and June, 2005 and this Court entered its resulting Memorandum Opinion on December 9, 2005.

4.  The valuation proceedings and subsequent plan confirmation proceedings resolved all disputes between the Equity Committee and Mirant in these proceedings, and accordingly, the Movants respectfully request this Court dismiss this adversary proceeding with prejudice.

### CONCLUSION AND REQUEST FOR RELIEF

WHEREFORE, the Movants respectfully request that this Court (i) enter an order dismissing this adversary proceeding with prejudice; and (ii) grant such other relief as it deems just and proper.

Dated: April 13, 2007

By: /s/ Ian T. Peck
Robin Phelan
State Bar No. 15903000
Ian T. Peck
State Bar No. 24013306
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
(214) 651-5000

and

Thomas E Lauria
State Bar No. 11998025
Craig H. Averch
State Bar No. 01451020
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700

**ATTORNEYS FOR DEFENDANT MIRANT CORPORATION**

By: /s/ Daniel J. Saval
Daniel J. Saval
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, NY 10036
(212) 209-4900

**ATTORNEYS FOR PLAINTIFF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF MIRANT CORPORATION**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 13th day of April, 2007, he authorized Bankruptcy Services, Inc., the Debtors' authorized servicing agent, to serve a true and correct copy of the foregoing pleading on all persons listed below via United States First Class Mail, postage prepaid:

Paul N. Silverstein
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

Jason S. Brookner
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Fredric Sosnick
Scott C. Shelley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Angela D. Dodd
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604

Office of the United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

/s/ Ian T. Peck